

Gregory J. Skiff, *Managing Partner*
gjs@skifflaw.com

January 17, 2019

<u>*Via FedEx*</u>

Proster Fashion Inc.
265 W. 37th Street, #4
New York, New York 10018

      Re:    *Marimar Textiles, Inc. v. Jude Connally, et al.*
              <u>*United States District Court, District of New Jersey*</u>
              <u>*Civil Action Number 2:17-cv-02900-JLL-JAD*</u>

Dear Sir/Madam:

This Firm represents plaintiff Marimar Textiles, Inc. with respect to the above action.

On January 5, 2018 you were duly served with the enclosed Subpoena to Testify at Deposition in a Civil Action (the "**Subpoena**"). In violation of the Federal Rules of Civil Procedure, you failed to respond to the Subpoena. You are hereby directed to contact this office no later then **January 25, 2019** to schedule a deposition and the production of documents and records requested therein. Rest assured, your failure to respond to this letter in a timely manner will result in the appropriate motion being filed with the Court to compel your compliance with the Subpoena.

Thank you for your time and consideration of this matter.

                                                      Respectfully,

                                                      **SKIFF LAW FIRM LLC**

                                                      Gregory J. Skiff

cc:    Marc Haefner, Esq. (via email)

---

<u>NJ Office:</u>
*By Appointment*

**Skiff Law Firm LLC**
28 Marlin Drive
Whippany, NJ 07981
(T) 201.787.8701
www.skifflaw.com

<u>NY Office:</u>
*Of Counsel*

**Cermele & Wood LLP**
2 Westchester Park Drive
Suite 110
White Plains, NY 10604
www.cw.legal