

**WALSH PIZZI O'REILLY FALANGA**

**Marc D. Haefner**
Direct Dial: (973) 757-1013
mhaefner@walsh.law

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

January 21, 2021

<u>VIA ECF</u>
Honorable Joseph A. Dickson, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: **Marimar Textiles, Inc. v. Jude Clothing & Accessories Corporation, et al.**
     <u>Case No.: 2:17-cv-02900 (ES)(JAD)</u>

Dear Judge Dickson:

  This firm represents Defendants Jude Clothing & Accessories Corporation, Jude Connally E-Commerce Corp., Jude Connally Sarasota Limited Liability Company, Jude Connally Westfield Limited Liability Company, and Jude Connally Zimmerman (collectively "Defendants") in the above-referenced matter. We write to respectfully request that the Court's February 5, 2021 deadline for parties cross Motions for Summary Judgment on liability only (D.E. 66) be extended 14 days until February 19, 2021.

  Plaintiff consents to and joins in this short extension request.

  If the requested extension is acceptable to Your Honor, we respectfully request that Your Honor "So Order" this letter and have it entered on the docket. As always, we thank the Court for its attention to this matter and are available should Your Honor require anything further.

           Respectfully submitted,

           *s/ Marc D. Haefner*

           Marc D. Haefner

cc: All Counsel of Record

       SO ORDERED this _____ day of January, 2021

       _____
       Honorable Joseph A. Dickson, U.S.M.J.