

Gregory J. Skiff, *Managing Partner*
gjs@skifflaw.com

February 18, 2021

*Via CM/ECF and*
<u>*Facsimile (973.645.4549)*</u>

Honorable Joseph A. Dickson
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK 2D
Newark, New Jersey 07101

      Re:    <u>*Marimar Textiles, Inc. v. Jude Connally, et al.*</u>
             <u>*United States District Court, District of New Jersey*</u>
             <u>*Civil Action Number 2:17-cv-02900-JLL-JAD*</u>

Dear Judge Dickson:

This Firm represents plaintiff Marimar Textiles, Inc. ("**Marimar**") with respect to the above action.

I write to request a modest extension of the deadline for the parties to file their respective motions for summary judgment. Currently the deadline is tomorrow, February 19, 2021. Given the heavy snowfall, I am unable today and possibly tomorrow to travel to my New York office where I have stored extensive documents with respect to this matter. It is necessary that I have access to these documents to complete Marimar's motion papers. I have discussed this predicament with counsel for Defendants, Marc Haefner, Esq., who graciously indicated his consent to extend the deadline to Tuesday, February 23, 2021.

Thank you for your time and consideration of this request.

                                          Respectfully,

                                          SKIFF LAW FIRM LLC

                                          Gregory J. Skiff

cc:    Marc Haefner, Esq. (via CM/ECF)

---

<u>NJ Office:</u>
*By Appointment*

**Skiff Law Firm LLC**
28 Marlin Drive
Whippany, NJ 07981
(T) 201.787.8701
www.skifflaw.com

<u>NY Office:</u>
*Of Counsel*

**Cermele & Wood LLP**
2 Westchester Park Drive
Suite 110
White Plains, NY 10604
www.cw.legal