

Gregory J. Skiff, *Managing Partner*
GJS@skifflaw.com

April 12, 2021

<u>**Via CM/ECF**</u>

Honorable Jessica S. Allen
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    <u>*Marimar Textiles, Inc. v. Jude Connally, et al.*
              *United States District Court, District of New Jersey*
              *Civil Action Number 2:17-cv-02900-JLL-JAD*</u>

Dear Judge Allen:

This Firm represents plaintiff Marimar Textiles, Inc. with respect to the above action.

I write to respectfully request that the briefing schedule set out in Your Honor's Text Order entered April 5, 2021, be modified to extend one day the parties' respective deadline to submit opposition papers on their respective motions for summary judgment. Accordingly, the parties opposition papers would be due tomorrow, April 13, 2021. The reason for the modest adjournment request is that one of my children fell ill over the weekend and I need the additional day to finalize the papers. My adversary, copied hereto, has consented to this request. We ask that reply papers would still be due April 26, 2021, as per Your Honor's April 5 Text Order.

We thank Your Honor for your time and attention to this matter.

                      Respectfully,

                      SKIFF LAW FIRM LLC

                      Gregory J. Skiff

cc:  Marc Haefner, Esq. (via CM/ECF)

---

<u>NJ Office:</u>
*By Appointment*

**Skiff Law Firm LLC**
28 Marlin Drive
Whippany, NJ 07981
(T) 201.787.8701
www.skifflaw.com

<u>NY Office:</u>
*Of Counsel*

**Cermele & Wood LLP**
2 Westchester Park Drive
Suite 110
White Plains, NY 10604
www.cw.legal