

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Marc D. Haefner
Direct Dial: (973) 757-1013
mhaefner@walsh.law

December 22, 2021

**VIA ECF**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Dr. Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **Marimar Textiles, Inc. v. Jude Clothing & Accessories Corp., et al.**
             **No. 2:17-cv-02900**

Dear Judge Allen:

      This firm represents Defendants in connection with the above-referenced matter.

      We write on behalf of the Parties in furtherance of the conference held before the Court on December 17, 2021. (D.E. 92). The Parties have met and conferred regarding the selection of mediators from the Court's list of certified mediators and have reached agreement that the following four individuals, in order of preference, would be acceptable to the Parties:

1. Craig Hillard
2. Angela Foster
3. William L. Mentlik
4. Edward J. Bergman

      We thank the Court for its attention to this matter. If Your Honor or Your Honor's staff should have any questions or require anything further, we are always available.

                                 Respectfully submitted,

                                 *s/ Marc D. Haefner*
                                 Marc D. Haefner

CC:    Gregory J. Skiff, Esq. (via ECF and email)