

Gregory J. Skiff, *Founder*
GJS@skifflaw.com

March 16, 2023

*Via CM/ECF*

The Honorable Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: *Marimar Textiles, Inc. v. Jude Connally, et al.*
         *United States District Court, District of New Jersey*
         *Docket No. 2:17-cv-02900*

Dear Judge Salas:

This Firm represents plaintiff Marimar Textiles, Inc. with respect to the above action. We write on behalf of all parties in furtherance of the Court's Order dated February 15, 2023. (*See* Dkt. No. 114.)

I write to request a 60-day extension of the time to complete mediation in the above action. The extra time is needed as a result of a sports injury suffered by the undersigned, pre-operative testing and procedures, surgery, and post-operative conditions. In short, I am scheduled to have a 90-degree arm cast removed on Tuesday, March 21, 2023, at which point, I expect to return to the office full-time. My adversary consents to this request and is copied hereto.

Thank you for your time and consideration to this matter. Do not hesitate to contact us with any comments or questions.

                Respectfully,

                **SKIFF LAW FIRM LLC**

                Gregory J. Skiff

cc: Marc Haefner, Esq. (via CM/ECF)

---

NJ Office:
*By Appointment*

**Skiff Law Firm LLC**
28 Marlin Drive
Whippany, NJ 07981
(T) 201.787.8701
www.skifflaw.com

NY Office:

2 Westchester Park Drive
Suite 110
White Plains, NY 10604