WALSH PIZZI O'REILLY FALANGA LLP
Marc D. Haefner
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Telephone: (973) 757-1100
Facsimile: (973) 757-1090

*Attorneys for Defendants, Jude Clothing & Accessories Corporation, Jude Connally E-Commerce Corp., Jude Connally Sarasota Limited Liability Company, Jude Connally Westfield Limited Liability Company, and Jude Connally Zimmerman*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIMAR TEXTILES INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JUDE CLOTHING & ACCESSORIES CORPORATION, ET AL.<br><br>　　　　　　　Defendants. | Civil Action No. 2:17-cv-02900-ES-JAD<br><br>*Document Filed Electronically*<br><br>Oral Argument Requested<br><br>**[PROPOSED] ORDER**<br>**ON SUMMARY JUDGMENT**<br>**BRIEFING** |

**THIS MATTER** having come before the Court by way of the conference held on October 2, 2023; and the Court having directed the parties to re-file the motions noticed at ECF Nos. 73 and 75; and for good cause having been shown,

**IT IS** on this the _____ day of _____, 2023, hereby,

**ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is due on or before November 10, 2023;

2. Plaintiff's Opposition and Cross-Motion for Summary Judgment is due on or before December 10, 2023;

3. Defendants' Reply to Plaintiff's Opposition and Opposition to Plaintiff's Cross-Motion is due on or before January 15, 2024; and

4. Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment is due on or before February 15, 2024;

**SO ORDERED.**


Dated: _____

HONORABLE JOSE R. ALMONTE
UNITED STATES MAGISTRATE JUDGE