WALSH
PIZZI
O'REILLY
FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Eric S. Padilla
Direct Dial: (973) 757-1012
epadilla@walsh.law

September 11, 2026

**VIA ECF**
The Honorable Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Marimar Textiles, Inc. v. Jude Clothing & Accessories, Corp., et al.**
**No. 2:17-cv-02900**

Dear Judge Salas:

We write on behalf of the parties pursuant to the Court's Order dated June 10, 2026 [D.E. 171] (the "June 10 Order") to advise the Court as to the status of mediation in this matter.

The parties have been in communication with the mediator, Craig S. Hilliard, Esq., and held a preparatory telephone conference on September 6th and set September 23rd for Plaintiff to make a formal written proposal for resolution. The parties and the mediator have set a mediation on Zoom for September 30th. Pursuant to the June 10 Order, we will promptly advise Your Honor as to the outcome of the mediation.

We thank the Court for its continued attention to this matter and remain available should Your Honor or Your Honor's staff have any questions or require anything further.

Respectfully submitted,

*s/ Eric S. Padilla*
Eric S. Padilla

CC: Gregory Skiff, Esq. (via ECF)